515 South Flower Street
18th Floor
Los Angeles, CA 90071
awglaw.com

213.933.2330 PHONE
312.884.7352 FAX



AMIN
WASSERMAN
GURNANI

CHICAGO · WASHINGTON D.C. · LOS ANGELES

April 6, 2026

**BY ECF**

Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re: **Vickers v. Halfday Tonics Inc.**, Case No. 2:26-cv-00935-AYS
> *Notice of Intent to File Rule 12(b) Motion per Admin. Order No. 2025-14*

Dear Clerk of Court:

I represent Defendant Halfday Tonics Inc. ("Defendant") in this matter. Defendant's time to answer or otherwise respond to the Complaint is April 10, 2026. Pursuant to Administrative Order No. 2025-14, Defendant hereby provides notice of its intent to file a Motion to Dismiss the Complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure, so that this matter can be assigned to a District Judge.

Thank you for the Court's attention to this matter.

<div style="margin-left:50%">

Sincerely,

*/s/ William P. Cole*
William P. Cole
Amin Wasserman Gurnani LLP

</div>